IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA SOFTWARE INC., | No. C 06-05514 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND RELATED INITIAL DEADLINES** |
| ALLSTATE INSURANCE COMPANY, AND DOES 1 TO 10, | |
| Defendants. | |

Good cause not shown, the Court **DENIES** the parties' stipulation to extend case management conference and initial disclosure deadlines.

**IT IS SO ORDERED.**

Dated: December 1, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE