**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SERENA SOFTWARE, INC.,                          No. C 06-05514 WHA

11        Plaintiff,

12   v.                                              **REMINDER NOTICE OF**
                                                     **UPCOMING TRIAL AND FINAL**
13   ALLSTATE INSURANCE COMPANY,                     **PRETRIAL CONFERENCE**

14        Defendant.

15   _____/

16        This notice serves as a friendly reminder that this case remains set for a **FINAL**

17   **PRETRIAL CONFERENCE** on **SEPTEMBER 17, 2007**, at **2:00 P.M.**, with a **JURY TRIAL** on

18   **OCTOBER 1, 2007**.  Please consult the existing case management order and review and follow

19   all standing guidelines and orders of the undersigned for civil cases on the Court's website at

20   http://www.cand.uscourts.gov.  Continuances will rarely be granted.

21        The final pretrial conference will be an important event, for it will be there that the

22   shape of the upcoming trial will be determined, including *in limine* orders, time limits and

23   exhibit mechanics.  Lead trial counsel must attend.

24        To avoid any misunderstanding with respect to the final pretrial conference and trial,

25   the Court wishes to emphasize that all filings and appearances must be made — on pain of

26   dismissal, default or other sanction — unless and until a dismissal fully resolving the case is

27   received.  It will not be enough to inform the clerk that a settlement in principle has been

28

**United States District Court**

For the Northern District of California

1   reached or to lodge a partially executed settlement agreement or to lodge a fully executed

2   agreement (or dismissal) that resolves less than the entire case.  Where, however, a

3   fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

4   case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial

5   act remains, the Court will arrange a telephone conference to work out an alternate procedure

6   pending a formal dismissal.

7   　　　In order to evaluate whether the Court can be of further ADR assistance, please file a

8   joint report within fourteen days of service of this order describing the progress and status of

9   your ADR efforts to date and any further ADR recommendations by the parties.

10   　　　In this case, the Court wishes to consider the following additional trial procedures and

11   desires that counsel meet and confer and reach a stipulation concerning whether and how to

12   use them:

13   　　　　　1.　　　Scheduling opposing experts so as to appear in successive order;

14   　　　　　2.　　　Giving preliminary instructions on the law;

15   　　　　　3.　　　Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39

16   　　　of the Arizona Rules of Civil Procedure); and

17   　　　　　4.　　　Allowing each side fifteen minutes of opening/argument time to

18   　　　be used during the evidence time (in addition to normal opening statement and

19   　　　closing argument).

20   　　　Please present the results of your stipulation (or not) in the joint pretrial conference

21   submissions.

22

23

24   Dated:  May 17, 2007.

25   　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

26

27

28

2